UNITED STATES BANKRUPTCY COURT
DISTRICT OF MARYLAND


IN RE:                                             CASE NO.: 08-2-4152-JS
ALFRED G. MURPHY A/K/A
ALFRED MURPHY
Debtor
_____

CHASE HOME FINANCE, LLC S/B/M TO CHASE MANHATTAN MORTGAGE CORP.
Movant
                                                   CHAPTER : 11
vs.
ALFRED G. MURPHY A/K/A
ALFRED MURPHY
Respondent

_____


A Post Petition History concerning the above captioned case is attached hereto as "Exhibit A".



/s/ Michael T. Cantrell
_____

Michael T. Cantrell, Esquire
210 East Redwood Street
Baltimore, Maryland 21202-3399
Bar No. : 08793
Attorney for Movant(s)
Phone No.:410-685-1763
Email:mike@fmlaw.com

## CERTIFICATION OF SERVICE

I hereby certify and affirm that I served copies of the foregoing pleading via the ECF System and or by first class mail, postage prepaid to Howard M. Heneson, Esquire, 810 Glen Eagles Court, Suite 301, Towson MD 21286; U.S. Trustee, 101 W. Lombard St., Room 2650, Baltimore MD 21201;  Alfred G. Murphy 640 W. Conway ST, Baltimore MD 21230 on January 27, 2009

/s/  Michael T. Cantrell

Michael T. Cantrell

# CHASE

# EXHIBIT A

Chase Home Finance, LLC
Post-Petition Payment History

| Loan #: | ******0470 | | Debtor's Name: | Murphy | | Prepared By: | |
|---|---|---|---|---|---|---|---|
| Case #: | 08-24152 | | Notes: | 80575 | | Last Updated: | 1/27/2009 |
| Date Filed: | 10/30/2008 | | | | | | |

|  | Fannie Mae | |
|---|---|---|
|  | P&I Payment: | |
|  | $ | 3,401.00 |
|  | Variable Interest? | no |
|  | Conduit Loan? | no |

## History of Post-Petition Payment Breakdown

| Effective Date | Total | P&I Payment | Escrow | Optional Escrow | Check # / NSF / Notes | Subsidy | Post-Petition Suspense (Total Due) |
|---|---|---|---|---|---|---|---|
| September-08 | $ 4,393.09 | $ 3,401.00 | $ 992.09 | | | | |
| January-09 | $ 4,275.59 | $ 3,401.00 | $ 874.59 | | | | |
|  | $ - | | | | | | |
|  | $ - | | | | | | |
|  | $ - | | | | | | |

| Date Received | Amount Received | Payment Amount | Post-Petition Date Paid | Check # / NSF / Notes | To / From Suspense | Post-Petition Suspense (Total Due) |
|---|---|---|---|---|---|---|
| still due | | $ 4,393.09 | Nov-08 | | $ (4,393.09) | $ (4,393.09) |
| | | $ 4,393.09 | Dec-08 | | $ (4,393.09) | $ (8,786.18) |
| | | $ 4,275.59 | Jan-09 | | $ (4,275.59) | $ (13,061.77) |
| | | | | | $ - | $ (13,061.77) |
| | | | | | $ - | $ (13,061.77) |
| | | | | | $ - | $ (13,061.77) |
| | | | | | $ - | $ (13,061.77) |
| | | | | | $ - | $ (13,061.77) |
| | | | | | $ - | $ (13,061.77) |
| | | | | | $ - | $ (13,061.77) |
| | | | | | $ - | $ (13,061.77) |
| | | | | | $ - | $ (13,061.77) |
| | | | | | $ - | $ (13,061.77) |
| | | | | | $ - | $ (13,061.77) |
| | | | | | $ - | $ (13,061.77) |
| | | | | | $ - | $ (13,061.77) |